**Order filed February 20, 2014.**



In The

# Fourteenth Court of Appeals
_____

**NO. 14-13-00970-CV**
_____

**IN THE INTEREST OF E.L.M., a child**

**On Appeal from the 246th District Court**
**Harris County, Texas**
**Trial Court Cause No. 321010246**

## O R D E R

No reporter's record has been filed in this case. The official court reporter for the 246th District Court, Jenine Redden, informed this court that appellant, Manuel Morell, had not made arrangements for payment for the reporter's record. On November 6, 2013, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c).

Appellant filed a request for additional time to pay for preparation of the record. This court granted an extension until January 15, 2014. When the record was not filed, and appellant did not file proof of payment for the record or that he

has been declared indigent and permitted to appeal without the advance payment of costs, on January 28, 2014, this court ordered appellant to file a response to this order providing proof of payment for the reporter's record on or before **February 14, 2014.** The court's order stated that if appellant failed to comply, the court would order him to file a brief without the benefit of the reporter's record. *See* Tex. R. App. P. 37.3(c). Appellant filed no response.

Accordingly, we order appellant, **Manual Morell,** to file a brief in this appeal on or before **March 21, 2014**. If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM